

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00908-CV

**William Marsh Rice University and Rice University Police Department and Officer Henry Cash**

**v.**

**Michael Clayton Thomas**

NO. 2013-06667 IN THE 80TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 05/13/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 12/01/2014 | E-PAID | ANT |
| CLK RECORD | $213.00 | 11/24/2014 | PAID | ANT |
| FILING | $175.00 | 11/18/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 11/18/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $428.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this August 14, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**